**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN VARGAS GUERRERO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2173-KC** |
| | § | |
| **WARDEN, EL PASO PROCESSING CENTER, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Juan Sebastian Vargas Guerrero's Petition for Writ of Habeas Corpus, ECF No. 1. He argues that his continued detention is unlawful and asks for a bond hearing or release. *Id.* ¶¶ 17–36; *id.* at 9.

Vargas Guerrero has now filed four habeas petitions in this Division. *See id.*; Pet., *Vargas Guerrero v. Noem ("Vargas Guerrero I")*, No. 3:25-cv-728-LS (W.D. Tex. Dec. 23, 2025), ECF No. 1; Pet., *Vargas Guerrero v. Sec. U.S. Dep't Homeland Security ("Vargas Guerrero II")*, No. 3:26-cv-1054-KC (W.D. Tex. Apr. 13, 2026), ECF No. 1; Pet., *Vargas Guerrero v. Field Office Director, ICE El Paso Field Office ("Varga Guerrero III")*, No. 3:26-cv-1530-KC (W.D. Tex. June 2, 2026), ECF No. 1.

This Court has dismissed two of those petitions because Vargas Guerrero had previously filed a separate petition, on the same grounds, which a different judge denied. *See* Order, *Vargas Guerrero III*, No. 3:26-cv-1530-KC (W.D. Tex. June 4, 2026), ECF No. 3 (first citing Order, *Vargas Guerrero II*, No. 3:26-cv-1054-KC (W.D. Tex. Apr. 24, 2026), ECF No. 7, and then citing *Vargas Guerrero I*, No. 3:25-cv-728-LS, 2026 WL 912003 (W.D. Tex. Mar. 30, 2026)). As for any prolonged detention claims which were not previously adjudicated in *Vargas*

*Guerrero I*, the Court noted that these claims were premature and dismissed them without prejudice to refiling once ripe. Order, *Vargas Guerrero III*, No. 3:26-cv-1530-KC (W.D. Tex. June 4, 2026); Order, *Vargas Guerrero II*, No. 3:26-cv-1054-KC (W.D. Tex. Apr. 24, 2026).

Vargas Guerrero's new Petition, now filed by counsel, does not mention any of his previous habeas petitions in this Court. *See generally id.* To the extent Vargas Guerrero brings any claims that he previously raised, the claims are dismissed for the same reasons. *See* Order, *Vargas Guerrero II*, No. 3:26-cv-1054-KC (W.D. Tex. Apr. 24, 2026). The Petition does not indicate that Vargas Guerrero is subject to an administratively final removal order, which would trigger a new claim and a different reasonableness standard for prolonged detention. *See generally* Pet.; *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001). Thus, his Petition does not raise any viable claims at this time. The Court **CAUTIONS** Vargas Guerrero and his counsel against filing future habeas petitions that raise the same claims or fail to demonstrate the ripeness of new claims.

Accordingly, the Court **ORDERS** that Vargas Guerrero's Petition, ECF No. 1, is **DISMISSED** without prejudice to refiling if any new claims accrue.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 21st day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE